**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

NetChoice,

        Plaintiff,

v.

Keith Ellison, et al.,

        Defendants.

Case No. 26-cv-2405 (NEB/DTS)

**DEFENDANTS' MOTION**
**TO DISMISS**

_____

Defendants move the Court for complete dismissal of Plaintiff's Complaint. This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) and is based on all the files, records, and proceedings herein.

Dated: <u>June 3, 2026</u>

KEITH ELLISON
Attorney General
State of Minnesota

<u>s/ Jeff Timmerman</u>
Jeff Timmerman
Atty. Reg. No. 0352561
Madeleine DeMueles
Atty. Reg. No. 0402648
Lindsay K. Strauss
Atty. Reg. No. 0395688
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
jeffrey.timmerman@ag.state.mn.us
madeleine.demueles@ag.state.mn.us
lindsay.strauss@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS