# Exhibit 1 –
Excerpts of Enacted Statute

This Document can be made available
in alternative formats upon request

## State of Minnesota

# HOUSE OF REPRESENTATIVES

**SPECIAL SESSION**

## H. F. No. **2**

06/09/2025    Authored by Bierman, West and Kotyza-Witthuhn
The bill was read for the first time
R/S Rules Suspended, urgency declared
Read for the Second Time
Read for the Third Time
Passed by the House and transmitted to the Senate
Passed by the Senate and returned to the House
06/12/2025    Presented to Governor
06/14/2025    Governor Approval

A bill for an act

relating to state government; amending provisions on the Department of Health finance and policy, health licensing boards, pharmacy benefits, the Office of Emergency Medical Services, general health policy, health and education facilities, health care benefits, economic supports, child protection and welfare, early care and learning, licensing and certification, behavioral health, background studies, the Department of Human Services program integrity, and homelessness; making technical and conforming changes; providing for criminal penalties; providing for civil penalties; providing for rulemaking; establishing task forces; requiring reports; appropriating money; amending Minnesota Statutes 2024, sections 3.732, subdivision 1; 10A.01, subdivision 35; 13.46, subdivisions 2, 3, as amended; 62A.673, subdivision 2; 62D.21; 62D.211; 62J.461, subdivisions 3, 4, 5; 62J.51, subdivision 19a; 62J.581; 62J.84, subdivisions 2, 3, 6, 10, 11, 12, 13, 14, 15; 62K.10, subdivisions 2, 5, 6; 62M.17, subdivision 2; 103I.005, subdivision 17b; 103I.101, subdivisions 2, 5, 6, by adding a subdivision; 103I.208, subdivisions 1, 1a, 2; 103I.235, subdivision 1; 103I.525, subdivisions 2, 6, 8; 103I.531, subdivisions 2, 6, 8; 103I.535, subdivisions 2, 6, 8; 103I.541, subdivisions 2b, 2c, 4; 103I.545, subdivisions 1, 2; 103I.601, subdivisions 2, 4; 136A.25; 136A.26; 136A.27; 136A.28; 136A.29, subdivisions 1, 3, 6, 9, 10, 14, 19, 20, 21, 22, by adding a subdivision; 136A.32, subdivisions 1, 4, by adding a subdivision; 136A.33; 136A.34, subdivisions 3, 4; 136A.36; 136A.38; 136A.41; 136A.42; 136F.67, subdivision 1; 138.912, subdivisions 1, 2, 3, 4, 6; 142A.02, subdivision 1; 142A.03, subdivision 2, by adding a subdivision; 142A.09, subdivision 1; 142A.42; 142A.76, subdivisions 2, 3; 142B.01, subdivision 15, by adding a subdivision; 142B.05, subdivision 3; 142B.10, subdivision 14; 142B.16, subdivisions 2, 5; 142B.171, subdivision 2; 142B.18, subdivision 6; 142B.30, subdivision 1; 142B.41, by adding a subdivision; 142B.47; 142B.51, subdivision 2; 142B.65, subdivisions 8, 9; 142B.66, subdivision 3; 142B.70, subdivisions 7, 8; 142B.80; 142C.06, by adding a subdivision; 142C.11, subdivision 8; 142C.12, subdivisions 1, 6; 142D.21, by adding a subdivision; 142D.23, subdivision 3; 142D.31, subdivision 2; 142E.03, subdivision 3; 142E.11, subdivisions 1, 2; 142E.13, subdivision 2; 142E.15, subdivision 1; 142E.16, subdivisions 3, 7; 142F.14; 144.064, subdivision 3; 144.0758, subdivision 3; 144.1205, subdivisions 2, 4, 8, 9, 10; 144.121, subdivisions 1a, 2, 5, by adding subdivisions; 144.1215, by adding a subdivision; 144.122; 144.1222, subdivisions 1a, 2d; 144.125, subdivision 1; 144.3831, subdivision 1; 144.50, by adding a subdivision; 144.55, subdivision 1a; 144.554; 144.555, subdivisions 1a, 1b; 144.562, subdivisions 2, 3; 144.563; 144.608, subdivision 2; 144.615, subdivision 8; 144.966, subdivision 2, as amended; 144.98, subdivisions

1

8, 9; 144.99, subdivision 1; 144A.43, subdivision 15, by adding a subdivision; 144A.474, subdivisions 9, 11; 144A.475, subdivisions 3, 3a, 3b, 3c; 144A.71, subdivision 2; 144A.753, subdivision 1; 144E.35; 144G.08, subdivision 45; 144G.20, subdivisions 3, 13, 16, 17; 144G.30, subdivision 7; 144G.31, subdivisions 2, 4, 5; 144G.45, subdivision 6; 145.8811; 145.901, subdivision 1; 145.9269, subdivision 2; 145.987, subdivisions 1, 2; 145C.01, by adding subdivisions; 145C.17; 147.01, subdivision 7; 147.037, by adding a subdivision; 147A.02; 147D.03, subdivision 1; 148.108, subdivision 1, by adding subdivisions; 148.191, subdivision 2; 148.241; 148.512, subdivision 17a; 148.5192, subdivision 3; 148.5194, subdivision 3b; 148.56, subdivision 1, by adding a subdivision; 148.6401; 148.6402, subdivisions 1, 7, 8, 13, 14, 16, 16a, 19, 20, 23, 25, by adding subdivisions; 148.6403; 148.6404; 148.6405; 148.6408, subdivision 2, by adding a subdivision; 148.6410, subdivision 2, by adding a subdivision; 148.6412, subdivisions 2, 3; 148.6415; 148.6418; 148.6420, subdivision 1; 148.6423, subdivisions 1, 2, by adding a subdivision; 148.6425, subdivision 2, by adding subdivisions; 148.6428; 148.6432, subdivisions 1, 2, 3, 4, by adding a subdivision; 148.6435; 148.6438; 148.6443, subdivisions 3, 4, 5, 6, 7, 8; 148.6445, by adding subdivisions; 148.6448, subdivisions 1, 2, 4, 6; 148.6449, subdivisions 1, 2, 7; 148B.53, subdivision 3; 148E.180, subdivisions 1, 5, 7, by adding subdivisions; 149A.02, by adding a subdivision; 150A.105, by adding a subdivision; 151.01, subdivisions 15, 23; 151.065, subdivisions 1, 3, 6; 151.101; 151.555, subdivisions 6, 10; 152.12, subdivision 1; 153B.85, subdivisions 1, 3; 156.015, by adding subdivisions; 157.16, subdivisions 2, 2a, 3, 3a, by adding a subdivision; 174.30, subdivision 3; 214.06, by adding a subdivision; 245.095, by adding a subdivision; 245.0962, subdivision 1; 245.4661, subdivisions 2, 6, 7; 245.4871, subdivision 5; 245.4889, subdivision 1, as amended; 245.975, subdivision 1; 245A.04, subdivision 1, as amended; 245A.05; 245A.07, subdivision 2; 245A.18, subdivision 1; 245C.02, subdivision 15a, by adding a subdivision; 245C.05, subdivisions 1, 5, 5a; 245C.08, subdivisions 1, 5; 245C.10, subdivision 9, by adding a subdivision; 245C.13, subdivision 2; 245C.14, by adding a subdivision; 245C.15, subdivisions 1, 4a, by adding a subdivision; 245C.22, subdivisions 3, 8; 256.045, subdivision 7; 256.9657, by adding a subdivision; 256.969, subdivision 2f; 256.983, subdivision 4; 256B.0371, subdivision 3; 256B.04, subdivisions 12, 14, 21; 256B.051, subdivision 3; 256B.0625, subdivisions 2, 3b, 8, 8a, 8e, 13, 13c, 13d, 13e, 17, 30, 54, by adding subdivisions; 256B.064, subdivision 1a, as amended; 256B.0659, subdivision 21; 256B.0757, subdivision 5, by adding a subdivision; 256B.1973, subdivision 5, by adding a subdivision; 256B.4912, subdivision 1; 256B.69, subdivisions 3a, 6d, by adding a subdivision; 256B.692, subdivision 2; 256B.76, subdivisions 1, 6, by adding a subdivision; 256B.761; 256B.766; 256B.85, subdivision 12; 256I.03, subdivision 11a; 256L.03, subdivision 3b; 256R.01, by adding a subdivision; 260.65; 260.66, subdivision 1; 260.691, subdivision 1; 260.692; 260.810, subdivisions 1, 2; 260.821, subdivision 2; 260C.001, subdivision 2; 260C.007, subdivision 19; 260C.141, subdivision 1; 260C.150, subdivision 3; 260C.178, subdivision 1, as amended; 260C.201, subdivisions 1, as amended, 2, as amended; 260C.202, subdivision 2, by adding subdivisions; 260C.204; 260C.221, subdivision 2; 260C.223, subdivisions 1, 2; 260C.329, subdivisions 3, 8; 260C.451, subdivision 9; 260C.452, subdivision 4; 260E.03, subdivision 15; 260E.09; 260E.14, subdivisions 2, 3; 260E.20, subdivisions 1, 3; 260E.24, subdivisions 1, 2; 295.50, subdivision 3; 325M.34; 326.72, subdivision 1; 326.75, subdivisions 3, 3a; 327.15, subdivisions 2, 3, 4, by adding a subdivision; 354B.20, subdivision 7; 518A.46, subdivision 7; 609A.015, subdivision 4; 609A.055, subdivision 3; Laws 2021, First Special Session chapter 7, article 1, section 39; article 2, section 81; Laws 2023, chapter 70, article 20, section 2, subdivision 30; Laws 2024, chapter 127, article 67, section 4; proposing coding for new law in Minnesota Statutes, chapters 62Q; 135A; 142B; 144; 144E; 145; 145C; 148; 153; 256B; 260E; 295; 306; 307; 325M; proposing coding for new law as Minnesota Statutes, chapter 148G; repealing Minnesota Statutes 2024, sections 62K.10, subdivision 3; 103I.550; 136A.29, subdivision 4; 148.108, subdivisions 2, 3, 4; 148.6402, subdivision 22a;

148.6420, subdivisions 2, 3, 4; 148.6423, subdivisions 4, 5, 7, 8, 9; 148.6425, subdivision 3; 148.6430; 148.6445, subdivisions 5, 6, 8; 156.015, subdivision 1; 256B.0625, subdivisions 18b, 18e, 18h, 38; Laws 2023, chapter 70, article 16, section 22; Minnesota Rules, parts 2500.1150; 2500.2030; 4695.2900; 6800.5100, subpart 5; 6800.5400, subparts 5, 6; 6900.0250, subparts 1, 2; 9100.0400, subparts 1, 3; 9100.0500; 9100.0600; 9503.0030, subpart 1, item B.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MINNESOTA:

## ARTICLE 1

## DEPARTMENT OF HEALTH FINANCE

Section 1. Minnesota Statutes 2024, section 62D.21, is amended to read:

**62D.21 FEES.**

Every health maintenance organization subject to sections 62D.01 to 62D.30 shall pay to the commissioner of health the following fees ~~as prescribed by the commissioner of health pursuant to section 144.122 for the following~~:

(1) filing an application for a certificate of authority: $10,000;

(2) filing an amendment to a certificate of authority: $125;

(3) filing each annual report: $400; ~~and~~

~~(4) other filings, as specified by rule.~~

(4) filing each quarterly report: $200; and

(5) filing annual plan review documents, amendments to plan documents, and quality plans: $125.

**EFFECTIVE DATE.** This section is effective January 1, 2026.

Sec. 2. Minnesota Statutes 2024, section 62D.211, is amended to read:

**62D.211 RENEWAL FEE.**

Each health maintenance organization subject to sections 62D.01 to 62D.30 shall submit to the commissioner of health each year before June 15 a certificate of authority renewal fee in the amount of ~~$10,000~~ $30,000 each plus ~~20~~ 88 cents per person enrolled in the health maintenance organization on December 31 of the preceding year. ~~The commissioner may adjust the renewal fee in rule under the provisions of chapter 14.~~

**EFFECTIVE DATE.** This section is effective January 1, 2026.

Article 1 Sec. 2.                                          3

Sec. 12. **[307.15] SCATTERING OF HYDROLYZED OR CREMATED REMAINS.**

Subdivision 1. **Definitions.** (a) For purposes of this section, the following terms have the meanings given.

(b) "Cremated remains" has the meaning given in section 149A.02, subdivision 7.

(c) "Hydrolyzed remains" has the meaning given in section 149A.02, subdivision 24a.

Subd. 2. **Designated location.** A person who owns a cemetery governed by this chapter that allows for scattering of hydrolyzed remains or cremated remains must designate a location within the cemetery for the scattering of hydrolyzed or cremated remains.

Sec. 13. **[325M.335] MENTAL HEALTH WARNING LABEL.**

Subdivision 1. **Warning label required.** (a) Effective July 1, 2026, a social media platform must ensure that a conspicuous mental health warning label that complies with the requirements under this section:

(1) appears each time a user accesses the social media platform; and

(2) only disappears when the user: (i) exits the social media platform; or (ii) acknowledges the potential for harm and chooses to proceed to the social media platform despite the risk.

(b) A mental health warning label under this section must:

(1) in a manner that conforms with the guidelines established under subdivision 2, warn the user of potential negative mental health impacts of accessing the social media platform; and

(2) provide the user access to resources to address the potential negative mental health impacts described in clause (1) and include the website and telephone number of a national suicide prevention and mental health crisis hotline system, including but not limited to the 988 Suicide and Crisis Lifeline.

(c) A social media platform is prohibited from:

(1) providing the warning label exclusively in the social media platform's terms and conditions;

(2) including extraneous information in the warning label that obscures the visibility or prominence of the warning label; or

(3) allowing a user to disable a warning label, except as provided under paragraph (a).

Subd. 2. **Content of label.** (a) By March 1, 2026, the commissioner of health, in consultation with the commissioner of commerce, must develop guidelines for social media platforms that contain appropriate requirements for the warning labels required under this section. The guidelines must be based on current evidence regarding the negative mental health impacts of social media platforms. The commissioners must review and revise the guidelines as appropriate.

(b) The commissioner of health is exempt from chapter 14, including section 14.386, when implementing this subdivision.

Sec. 14. Minnesota Statutes 2024, section 325M.34, is amended to read:

**325M.34 ENFORCEMENT AUTHORITY.**

(a) The attorney general may investigate and bring an action against a social media platform for an alleged violation of section 325M.33 or 325M.335.

(b) Nothing in sections 325M.30 to 325M.34 creates a private cause of action in favor of a person injured by a violation of section 325M.33.

Sec. 15. **TRANSFERS TO THE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES IN UNCODIFIED LAW.**

Any power, duty, or responsibility given to the commissioner of human services or the Department of Human Services in an uncodified section of Laws of Minnesota that is a part of, necessary for, or in service of a power, duty, or responsibility transferred in Laws 2023, chapter 70, article 12, section 30, or Laws 2024, chapter 80, transfers to the commissioner of children, youth, and families or the Department of Children, Youth, and Families upon the notice of transfer of the underlying power, duty, or responsibility required in Laws 2023, chapter 70, article 12, section 30, subdivision 1. This section applies to uncodified sections of Laws of Minnesota enacted before and after Laws 2023, chapter 70, including but not limited to Laws 2024, chapter 117, sections 16 to 22.

Sec. 16. **DIRECTION TO THE COMMISSIONERS OF HEALTH; HUMAN SERVICES; AND CHILDREN, YOUTH, AND FAMILIES; REPORTS ON GRANT FUNDING.**

(a) Beginning January 15, 2026, and each odd-numbered year thereafter, the commissioners of health; human services; and children, youth, and families must each submit a report that contains an accurate list of all grants with money appropriated in the