# Exhibit 2 –
# Rescinded Department of Health Guidelines

 **DEPARTMENT OF HEALTH**

# Minnesota Social Media Mental Health Warning Label Guidelines

This document fulfills Minnesota Statutes 2025, section 325M.335 MENTAL HEALTH WARNING LABEL (https://www.revisor.mn.gov/statutes/cite/325M.335) for mental health warning labels.

## Mental health

- Warning: Social media use may negatively impact your mental health. Feeling anxious? Call/Text 988 or visit 988Lifeline.org

- Warning: What you see online can negatively affect your mental health. You are more than what is on social media. If you need help call/text 988 or visit 988Lifeline.org

- Feeling worse after scrolling? Call/Text 988 or visit 988Lifeline.org. Warning: Social media use may negatively impact your mental health.

## Self-esteem

- Warning: Many images are edited and may affect your self-esteem and mood. Try not to compare yourself to unreal images. There is help: Call/text 988 or visit 988Lifeline.org

- Warning: When something online looks "perfect" or unreal, it often is. Try not to compare yourself to unreal online images or content. Support is available: Call/text 988 or visit 988Lifeline.org

- Comparing yourself to "perfect" posts? Call/Text 988 or visit 988Lifeline.org. Warning: Many images are edited and may affect self-esteem and mood.

- Comparing yourself to "perfect" posts? Warning: Many images are edited and may affect self-esteem and mood. Call/Text 988 or visit 988Lifeline.org

## Sleep disruption

- Warning: Using social media late at night may interfere with sleep and focus the next day. Consider setting a time to log off and rest. Support is available: Call/text 988 or visit 988Lifeline.org

- Warning: Using this app before sleep makes it hard to sleep. Try setting a goal to not log on an hour before bedtime. Support is available: Call/text 988 or visit 988Lifeline.org

- Struggling to log off? Call/text 988 or visit 988Lifeline.org. Warning: Long periods of use can affect sleep and mental health.

- Having trouble stopping? Warning: Long periods of use can affect sleep and mental health. Call/text 988 or visit 988Lifeline.org

- Scrolling late at night? Consider setting a screen free wind-down time. Warning: Using social media before bed may make it harder to fall or stay asleep. Call/text 988 or visit 988Lifeline.org

- Scrolling late before bed? Try setting a goal to not log on an hour before bedtime. Warning: Using social media for bed may make it harder to fall or stay asleep. Call/text 988 or visit 988Lifeline.org

## Safety concerns

- Warning: Some people online aren't who they say they are. If someone pressures you for photos, money, or secrets, report it and block them. Support is available: Call/text 988 or visit 988Lifeline.org

- Someone pressuring you for photos? If someone pressures you for photos, money, or secrets, report it and block them. Warning: Some people online aren't who they say they are. Support is available: Call/text 988 or visit 988Lifeline.org

- Receiving unwanted or unsafe messages? Report it and block it. Call/text 988 or visit 988Lifeline.org. Warning: When something feels wrong online, it probably is.

- Warning: When something feels wrong online, it probably is. Report it. Block it. Call/text 988 or visit 988Lifeline.org

- Warning: Sharing personal information online can put you at risk. Think before you share. Support is available: Call/text 988 or visit 988Lifeline.org

- Asked to share personal data? Warning: Sharing personal information online can put you at risk. Pause before sharing and limit what you share. Call/text 988 or visit 988Lifeline.org

## Concerning content

- Warning: When something feels wrong online, it probably is. If you don't feel safe, report it and block it. Support is available: Call/text 988 or visit 988Lifeline.org

- Don't feel safe? Warning: When something feels wrong online, it probably is. Report it. Block it. There is help: Call/text 988 or visit 988Lifeline.org

- Witnessing or experiencing bullying? Report it. Block it. There is help: Call/text 988 or visit 988Lifeline.org Warning: When something feels wrong online, it probably is.

- Feel unsafe? Warning: Social media can expose you to bullying, drugs, and sexual messages. Report it. Block it. There is help: Call/text 988 or visit 988Lifeline.org

- Warning: Content shown may not be accurate or healthy. The app shows what gets clicks, not what is true. Call/text 988 or visit 988Lifeline.org

## Platform algorithms

- Noticing seeing more of the same content? Warning: The app shows you posts based on what you liked and viewed, not necessarily what is balanced or accurate. Seeing the same things repeatedly can change how you feel and think. There is help: Call/text 988 or visit 988Lifeline.org

- Warning: The app may repeatedly show similar or upsetting content, which may negatively affect your mental health. Use tools (mute, unfollow, "not interested") to change what you see. Support is available: Call/text 988 or visit 988Lifeline.org

- Warning: The app may repeatedly show similar or upsetting content, which may affect your thinking and beliefs. Consider stepping away. Support is available: Call/text 988 or visit 988Lifeline.org

- Warning: Repeated exposure to upsetting content can negatively affect your mental health. Platforms often prioritize content that gets the most reactions. Scroll past, mute, or step away. Call/text 988 or visit 988Lifeline.org.

## Application frequent notifications

- Feeling overwhelmed? Warning: Frequently checking social media can increase stress. There is help: Call/text 988 or visit 988Lifeline.org

- Warning: Frequently checking social media can increase stress. Changing your apps settings to turn off alerts can help you feel more in control. Support is available: Call/text 988 or visit 988Lifeline.org

- Frequent notifications? Warning: Repeated alerts may interrupt focus and increase stress. Adjust your notification settings to turn off alerts if needed. Call/text 988 or visit 988Lifeline.org

- Feeling swamped? Warning: Frequent notifications can be overwhelming. Try changing app notifications. Call/text 988 or visit 988Lifeline.org for support.

- Feeling anxious? Warning: Frequent notifications can be overwhelming. You can change screen time settings. Call/text 988 or visit 988Lifeline.org for support.

- Hard to stop checking? Warning: Some features are built to keep you coming back. Setting time limits can help. Call/Text 988 or visit 988Lifeline.org

## Infinite scrolling design

- Warning: Sometimes people find it hard to stop scrolling, which can increase stress. Going outside or doing something else helps you feel better. Support is available: Call/text 988 or visit 988Lifeline.org

- Feel stuck online? Warning: When something feels wrong online, it probably is. Sometimes people find it hard to stop scrolling, which can increase stress. There is help: Call/text 988 or visit 988Lifeline.org

- Having trouble stopping? Call/text 988 or visit 988Lifeline.org. Warning: This platform is designed to keep you scrolling. Consider taking a break and do something in real life.

- Struggling to log off? Call/text 988 or visit 988Lifeline.org. Warning: This platform is designed to keep you scrolling. Consider taking a break and do something else you like to do.

- Warning: Infinite scrolling and videos that play automatically may make it difficult to stop. Extended use may affect sleep, school, work, and mood. Call/text 988 or visit 988Lifeline.org

- Warning: This platform is designed to keep you scrolling. Setting a time limit can help. Call/text 988 or visit 988Lifeline.org

- Warning: This platform is designed to keep you scrolling. Consider doing something else you enjoy. Call/text 988 or visit 988Lifeline.org

- Scrolling instead of sleeping? Warning: Using social media late at night may interfere with sleep and focus the next day. Consider setting a time to log off and rest. Support is available: Call/text 988 or visit 988Lifeline.org

Minnesota Department of Health
Injury Prevention and Mental Health Division
PO Box 64882
St. Paul, MN 55164
651-201-5723
health.suicideprev.mdh@state.mn.us
www.health.state.mn.us

 02/27/2026

*Upon request, this material will be made available in an alternative format such as large print, Braille or audio recording.*