# Exhibit 3 –
# New Department of Health Guidelines

 **DEPARTMENT OF HEALTH**

# Minnesota Social Media Mental Health Warning Label Guidelines

This document fulfills the requirements of Minnesota Statutes 2025, section 325.335, subdivision 2 (https://www.revisor.mn.gov/statutes/cite/325M.335), for mental health warning labels.

This document is intended to rescind and supersede all prior guidance.

## Warning Label

THE STATE OF MINNESOTA REQUIRES THIS MESSAGE: Some studies have shown that too much social media use is linked to increased mental health symptoms, including anxiety and depression, as well as harm to diet, sleep, and body image. If you need help, call or text 988 or visit 988Lifeline.org.

Minnesota Department of Health
Injury Prevention and Mental Health Division
PO Box 64882
St. Paul, MN 55164
651-201-5723
health.suicideprev.mdh@state.mn.us
www.health.state.mn.us

06/01/2026

*To obtain this information in a different format, call: 651-201-5723.*